No. 1124, Misc. KING *v.* BETO, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1126, Misc. AARON *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1172, Misc. COLEMAN *v.* DENNO, WARDEN. C. A. 2d Cir. Certiorari denied. *Norman Redlich* for petitioner.

No. 1190, Misc. LATHAM ET AL. *v.* KANSAS. Supreme Court of Kansas. Certiorari denied. *Lawrence Speiser* and *Bernard Roazen* for petitioners. *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth* and *Park McGee,* Assistant Attorneys General, for respondent.

No. 1193, Misc. FREEMAN *v.* OREGON. Supreme Court of Oregon. Certiorari denied. *Eugene Gressman* for petitioner.

No. 894. TOFFENETTI RESTAURANT Co., INC., *v.* NATIONAL LABOR RELATIONS BOARD, 372 U. S. 977. Petition for rehearing denied.

No. 557. FLORA CONSTRUCTION Co. *v.* FIREMAN'S FUND INSURANCE Co. ET AL., 371 U. S. 950. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 685, Misc. WALKER *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL., 372 U. S. 922, 961. Motion for leave to file a second petition for rehearing denied.